AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-4095

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ben Mesika**
was received by me on *(date)* **5/19/2016**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* **Elizabeth Kucher - co/resident**, a person of suitable age and discretion who resides there,
on *(date)* **6/15/2016**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6-20-16**

_____
Server's signature

**Bechane Tassaw - Process Server**
Printed name and title

ATLANTA LEGAL SERVICES, LLC
5070 Presidential Pkwy
Suite 143
Atlanta, Georgia 30340

Server's address

Additional information regarding attempted service, etc:

Print   Save As...   Reset