IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC. and INTELLECTUAL WELLNESS LLC; | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| ACTIVE SPORTS SUPPLEMENTS, LLC; ADRENALINE NUTRITION SUPPLEMENTS; DURACAP LABS, LLC; BEN MESIKA; and WESLEY HOUSER | ) ) ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION FILE NO.

1:15-CV-04095-MHC

### ENTRY OF APPEARANCE OF PHILIP C. BARNES, M. BOYD JONES AND DAVID J. GLUCK

**COMES NOW**, Active Sports Supplements, LLC, Adrenaline Nutrition Supplements; Duracap Labs, LLC; Ben Mesika; and Wesley Houser Defendants in the above-styled matter, hereby file this Entry of Appearance for Philip C. Barnes, M. Boyd Jones and David J. Gluck and the law firm of Busch, Reed, Jones & Leeper, P.C., 639 Whitlock Avenue, Marietta, Georgia 30064 to act as counsel of record in this case.

All further pleadings, orders, notices, correspondence and other documents in the matter above should be served on counsel of record, Mr. Barnes, Mr. Jones and Mr. Gluck, whose address, phone number, facsimile number, email address and bar number are as follows:

M. Boyd Jones
Philip C. Barnes
David J. Gluck
Busch, Reed, Jones & Leeper, P.C.
639 Whitlock Avenue
Marietta, Georgia  30064
Telephone: (770) 424-1934

Facsimile: (770) 424-5205
bjones@buschreed.com
pbarnes@buschreed.com
dgluck@buschreed.com

Respectfully submitted this 15th day of December, 2016.

**BUSCH, REED, JONES & LEEPER, P.C.**

/S/ Philip C. Barnes_____
Philip C. Barnes
Georgia State Bar No. 081107
M. Boyd Jones
Georgia State Bar No. 400891
David J. Gluck
Georgia State Bar No. 661449

*Attorneys for Defendants*

639 Whitlock Avenue
Marietta, Georgia 30064
bjones@buschreed.com
pbarnes@buschreed.com
dgluck@buschreed.com
Tel: 770-424-1934
Fax: 770-424-5205

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2016, I electronically filed the foregoing ***Entry of Appearance*** with the Clerk of Court for the United States District Court for the Northern District of Georgia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system

                          **BUSCH, REED, JONES & LEEPER, P.C.**

                          /S/ Philip C. Barnes_____
                          Philip C. Barnes
                          Georgia State Bar No. 081107
                          M. Boyd Jones
                          Georgia State Bar No. 400891
                          David J. Gluck
                          Georgia State Bar No. 661449

                          *Attorneys for Defendants*

639 Whitlock Avenue
Marietta, Georgia 30064
bjones@buschreed.com
pbarnes@buschreed.com
dgluck@buschreed.com
Tel: 770-424-1934
Fax: 770-424-5205