# IN THE UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC. and INTELLECTUAL WELLNESS, LLC;<br><br>    Plaintiffs,<br><br>v.<br><br>ACTIVE SPORTS SUPPLEMENTS, LLC; ADRENALINE NUTRITION SUPPLEMENTS; DURACAP LABS, LLC; BEN MESIKA; and WESLEY HOUSER,<br><br>    Defendants. | Case No.: 1:15-cv-04095-MHC |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice of all claims in this action, with each party to bear its own attorney fees and expenses.  A proposed order of dismissal agreed to by the parties is attached hereto.

Respectfully submitted this 15th day of December, 2016.

*Signatures on following page.*

|  |  |
|---|---|
|  | */s/ C.L. Parker* |
|  | C.L. Parker |
|  | Georgia Bar No. 722011 |
|  | *Counsel for Plaintiffs Hi-Tech Pharmaceuticals, Inc. and Intellectual Wellness, LLC* |
| CL Parker, LLC |  |
| 10657 Polly Taylor Road |  |
| Johns Creek, Georgia 30097 |  |
| Tel: 770-851-6718 |  |
| CL@clparkerllc.com |  |
|  | */s/ David J. Gluck* |
|  | David J. Gluck |
|  | Georgia Bar No. 661449 |
|  | *Counsel for Defendants Active Sports Supplements, LLC; Adrenaline Nutrition Supplements; Duracap Labs, LLC; Bem Mesika; and Wesley Houser* |
| Busch, Reed, Jones & Leeper, P.C. |  |
| 639 Whitlock Avenue |  |
| Marietta, Georgia 30064 |  |
| Tel: 770-424-1934 |  |
| dgluck@buschreed.com |  |

2

## **CERTIFICATE OF SERVICE**

I certify that on the date shown above, I electronically filed a true and correct copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing, constituting service to all attorneys of record.

                                   */s/ C.L. Parker*
                                   C.L. Parker
                                   Georgia Bar No. 722011
                                   *Counsel for Plaintiffs Hi-Tech*
                                   *Pharmaceuticals, Inc. and Intellectual*
                                   *Wellness, LLC*

CL Parker, LLC
10657 Polly Taylor Road
Johns Creek, Georgia 30097
Tel: 770-851-6718
CL@clparkerllc.com